# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO KALAW, an individual<br><br>Plaintiff,<br><br>vs.<br>RAMONA CONVENT SECONDARY SCHOOL, a nonprofit corporation; ARCHDIOCESE OF LOS ANGELES EDUCATION AND WELFARE CORPORATION, a California religious corporation; TINA BONACCI, an individual; KATHLEEN CALLAWAY, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:14-CV-06942-JAK-SS<br>(Assigned for all purposes to the Hon. John Kronstadt)<br><br>**ORDER GRANTING STIPULTION TO DISMISS INDIVIDUAL DEFENDANTS** JS-6<br><br>Complaint Filed:    September 5, 2014 |

In accordance to the parties' stipulation, the action against individual Defendant TINA BONACCI and individual Defendant KATHLEEN CALLAWAY is hereby dismissed with prejudice, with each to bear its own respective costs.

DATED: October 15, 2015    By: _____

JOHN A. KRONSTADT
United States District Judge

ORDER TO DISMISS